ELIZA POWELL, PLAINTIFF, *v.* JOHN POWELL, DEFENDANT.

*Note* — *conversion of* — *what does not constitute.*

This action was brought to recover for the conversion of a note, belonging to the plaintiff, by the defendant, the maker thereof. It appeared upon the trial, that the note was delivered by the plaintiff to her husband, to be surrendered by him to the defendant, who had agreed, in consideration thereof, to sell him a stock of goods at a certain price. After the defendant had received the note, he refused to sell the goods at the price agreed upon, and plaintiff's husband

subsequently purchased them from him, at a greater price. *Held* (1), that these facts did not constitute a conversion of the note, but simply a breach of contract on the part of the defendant; (2), that the loss was sustained by the husband and not by the plaintiff, and that she had no cause of action therefor.

MOTION for a new trial, on exceptions ordered to be heard in the first instance at General Term.

*Gilbert & Maynard*, for the plaintiff.

*W. Youmans, Jr.*, for the defendant.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment reversed, and new trial granted, costs to abide the event.